UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>$78,990.00 IN U.S. CURRENCY,<br>        Defendant. | )<br>)<br>)<br>)  Civil Action No. 04-10696-RCL<br>)<br>)<br>) |

### UNITED STATES' MOTION TO FILE AFFIDAVIT OF MICHAEL O'SHAUGHNESSY UNDER SEAL

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves the Court to seal the attached Affidavit of Michael O'Shaughnessy until May 5, 2004. As reason therefor, the government states that the Affidavit contains information relevant to an ongoing investigation, and that disclosure of this information may compromise the investigation before it can be concluded.

WHEREFORE, the government respectfully requests that the Affidavit of Michael O'Shaughnessy remain filed under seal until May 5, 2004, or until further order of this Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Shelbey D. Wright*
Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Date: April 5, 2004