UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff ) | C.A. No. 04-10696-RCL |
| ) | |
| v. ) | **STATEMENT IDENTIFYING RIGHT** |
| ) | **OR INTEREST** |
| $78,990.00 UNITED STATES ) | |
| CURRENCY, ) | |
|     Defendant. ) | |
| ) | |
| HIRAM RODRIGUEZ, ) | |
|     Claimant. ) | |
| ) | |

Now comes the Claimant, Hiram Rodriguez, in the above-captioned case, pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, and demands restitution of the defendant United States Currency and claims the right to defend this action.

Claimant's status is that of lawful owner of the defendant $78,990.

Attorney Stephen Hrones is duly authorized to make this claim.

    Respectfully submitted,
    The Defendant United States Currency
    and its Claimant,
    By their attorney,


    //S//Stephen Hrones
    Stephen Hrones (BBO No. 242860)
    HRONES & GARRITY
    Lewis Wharf – Bay 232
    Boston, MA 02110-3927
    T)617/227-4019

## VERIFICATION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | ) |
| | ) ss. |
| COUNTY OF SUFFOLK | ) |
| | ) |

I have read the foregoing Statement Identifying Right or Interest and know its contents.

I am an attorney of claimant Hiram Rodriguez, a party to this action, and am authorized to make this Verification for and on his behalf, and I make this Verification for that reason. I am informed and believe and on that ground allege that the matters stated in foregoing document are true.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and the United States of America that the foregoing is true and correct.

Executed this 10th day of June, 2004, Boston, Suffolk County, Massachusetts.


//S//Stephen Hrones
Stephen Hrones


**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that on this 10th day of June, 2004, I served a true and correct copy of the foregoing STATEMENT IDENTIFYING RIGHT OR INTEREST; VERIFICATION, by U.S. First-Class Mail, postage prepaid, as follows: Shelby D Wright, AUSA, United States Attys Offc, Moakley United States Cths, 9thFL, 1 Courthouse Way, Boston, MA 02110.

//S//Stephen Hrones
Stephen Hrones