UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff               )<br>                             )<br>v.                             )<br>                             )<br>$78,990.00 UNITED STATES  )<br>CURRENCY,                  )<br>    Defendant.               )<br>                             )<br>HIRAM RODRIGUEZ,       )<br>    Claimant.                )<br>                             ) | C.A. No. 04-10696-RCL<br><br>**DEFENDANT HIRAM RODRIGUEZ'**<br>**STATEMENT OF CASE AS**<br>**SUPPLEMENT TO PARTIES' JOINT**<br>**STATEMENT PURSUANT TO**<br>**LOCAL RULE 16.1**<br>**(FILED AUGUST 19, 2004)** |

1. **Defendant's Statement Of The Case.** The defendant's position is that he is a legitimate businessman. The money was illegally seized from his automobile by an officer who stopped the vehicle for a minor traffic violation. No drugs were found in the vehicle which was illegally searched by the State Police.

                                                Respectfully submitted,
                                                The Defendant United States Currency
                                                and its Claimant,
                                                By their attorney,

                                                //S//Stephen Hrones
                                                Stephen Hrones (BBO No. 242860)
                                                HRONES & GARRITY
                                                Lewis Wharf – Bay 232
                                                Boston, MA 02110-3927
                                                T)617/227-4019

**CERTIFICATE OF SERVICE**

    I, Stephen Hrones, hereby certify that on this 26th day of August, 2004, I served a true and correct copy of the foregoing DEFENDANT HIRAM RODRIGUEZ' STATEMENT OF CASE AS SUPPLEMENT TO PARTIES' JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1 (FILED AUGUST 19, 2004), by U.S. First-Class Mail, postage prepaid, as follows: Shelby D Wright, AUSA, United States Attys Offc, Moakley United States Cths, 9thFL, 1 Courthouse Way, Boston, MA 02110.

                                                //S//Stephen Hrones
                                                Stephen Hrones