UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff,    )<br>                         )<br>      v.                 )<br>                         )<br>$78,990 IN UNITED STATES )<br>CURRENCY,               )<br>      Defendant.     ) | CIVIL ACTION NO. 04-10696-JGD<br><br>FILED<br>IN CLERKS OFFICE<br><br>2005 JAN 18 P 4: 23<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## AFFIDAVIT OF SHELBEY D. WRIGHT

I, Shelbey D. Wright, hereby depose and state the following under oath:

1. I am an Assistant United States Attorney for the District of Massachusetts.

2. I represent the United States in this case, <u>United States v. $78,990 in United States Currency</u>.

3. Exhibit 1 is a true and accurate copy of the United States' First Set of Interrogatories Propounded to the Claimant, Hiram Rodriguez, which I sent by first class mail, postage prepaid, to Attorney Steven Hrones on October 19, 2004.

4. Exhibit 2 is a true and accurate copy of the letter I sent by first class mail, postage prepaid, to Attorney Hrones on December 21, 2004.

5. Exhibit 3 is a true and accurate copy of the letter I sent by facsimile to Attorney Hrones on January 6, 2005.

Signed under pains and penalties of perjury this 18th day of January, 2005.

                                                /s/ Shelbey D. Wright
                                                Shelbey D. Wright
                                                Assistant United States Attorney