```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,)
        Plaintiff,       )
                         )
        v.               )   CIVIL ACTION NO. 04-10696-JGD
                         )
$78,990 IN UNITED STATES )
CURRENCY,                )
        Defendant.       )
```

## MOTION FOR JUDGMENT AND ORDER OF FORFEITURE

Plaintiff, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves that this Court issue a Judgment and Order of Forfeiture, in the form submitted herewith, forfeiting the defendant $78,990 in United States currency to the United States of America, pursuant to 21 U.S.C. § 881(a)(6), in accordance with the summary judgment entered in favor of the United States on March 2, 2005.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                     By:  /s/ Shelbey D. Wright
                          Shelbey D. Wright
                          Assistant U.S. Attorney
```

Dated:  March 4, 2005