UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
        Plaintiff,        )
                          )
        v.                )   CIVIL ACTION NO. 04-10696-JGD
                          )
$78,990 IN UNITED STATES  )
CURRENCY,                 )
        Defendant.        )

### JUDGMENT AND ORDER OF FORFEITURE

**DEIN, U.S.M.J.:**

This cause having come before this Court and the Court having granted the plaintiff's Motion for Summary Judgment, it is hereby,

ORDERED, ADJUDGED, and DECREED:

1. That the defendant $78,990 in United States currency is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6).

2. That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any right, title or interest in or to the forfeited property are hereby held in default.

3. That the United States shall dispose of the forfeited property in accordance with the law.

4. That this shall be and is the full, final, and complete disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 9th day of March, 2005.

/s/ Judith Gail Dein
JUDITH G. DEIN
United States Magistrate Judge